AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castel, P .Kevin | S.D.N.Y. | 6/21/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. | Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. | Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. | Adjunct Professor | NYU School of Law (compensated; commencing 1/1/10) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | NYU School of Law-teaching | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | A | Dividend | N | T | | | | | |
| 2. Brk Act #1Fidelity Cash Reserves [FDRXX] | D | Dividend | O | T | | | | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | D | Dividend | M | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | C | Dividend | M | T | | | | | |
| 5. Brk Act #1 Fidelity Balanced [FBALX] | D | Dividend | M | T | | | | | |
| 6. Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |
| 7. Brk Act #4 LM [SB] Appreciation Fd CL A | B | Dividend | M | T | | | | | |
| 8. Brk Act #4 LM [SB] Large Cap Grwth FD CL A | | None | M | T | | | | | |
| 9. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | M | T | | | | | |
| 10. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 11. Brk Act #4 SCD | B | Dividend | | | Sold | 12/21/11 | K | A | |
| 12. Brk Act #4 NYC G/O SER C 4.375/11 | B | Interest | | | Redeemed | 3/15/11 | L | A | |
| 13. Brk Act #4 NYNY Ser F 5.125/11 | A | Interest | | | Redeemed | 2/1/11 | J | A | |
| 14. Brk Act #4 Erie Cnty NY Pub Impt Ser A 5/11 | B | Interest | | | Redeemed | 8/15/11 | K | A | |
| 15. Brk Act #4 NYNY Ser A Prefund 5.25/11 | A | Interest | K | T | | | | | |
| 16. Brk Act #4 NY NY ETM Ser J 4/12 | A | Interest | J | T | | | | | |
| 17. Brk Act #4 NY NY Ser J 4/12 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 NY NY RFDG Ser B-FGIC TCRS 5.75/13 | B | Interest | K | T | | | | | |
| 19. Brk Act #4 Medina NY Cent Sc Dist 4.75/13 | A | Interest | | | Redeemed | 1/15/11 | K | A | |
| 20. Brk Act #4 NYS Dorm AU RFDG SECD HOSP NYDTWN 5.2/14 | A | Interest | | | Redeemed | 5/4/11 | K | A | |
| 21. Brk Act #4 NYS Dorm AU Revs Third Gen Res 5.25/13 | B | Interest | K | T | | | | | |
| 22. Brk Act #4 NYC GO Ser J 4/13 | B | Interest | L | T | | | | | |
| 23. Brk Act #4 Buffalo NY Ser B 5.375/13 [12] | B | Interest | K | T | | | | | |
| 24. Brk Act #4 Nassau Cty IFA Ser A 5/13 | A | Interest | K | T | | | | | |
| 25. Brk Act #4 NYC GO Ser A 4/13 | B | Interest | L | T | | | | | |
| 26. Brk Act #4 Camden NY Cent SCh DIST SER A 4.5/14 | B | Interest | K | T | | | | | |
| 27. Brk Act #4 NYS DORM AU Iona Coll 4.3/14 | B | Interest | K | T | | | | | |
| 28. Brk Act #4 NYC Ser A G/O 4.3/14 | B | Interest | K | T | | | | | |
| 29. Brk Act #4 NYS Dorm Au Lease Rev Mun Hlth 5.5/14 [11] | A | Interest | | | Redeemed | 7/15/11 | J | A | |
| 30. Brk Act #4 Buffalo NY Gen ImpSer A 4.7/14 [11] | B | Interest | | | Redeemed | 4/7/11 | K | A | |
| 31. Brk Act #4 NYC GO Ser I 4.5/14[13] | A | Interest | K | T | | | | | |
| 32. Brk Act #4 West Seneca Cent Sch 4.125/14 | B | Interest | L | T | | | | | |
| 33. Brk Act #4 NYC GO Ser G 4/14 | B | Interest | L | T | | | | | |
| 34. Brk Act #4 No Babylon Sch Dt 5.25/15 | A | Interest | | | Redeemed | 3/10/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #4 Buffalo NY Ser C 4.7/15 [12] | B | Interest | K | T | | | | | |
| 36. Brk Act #4 NYC REF Ser B G/O 5.75/15 | C | Interest | L | T | | | | | |
| 37. Brk Act #4 LI Pwr Au[LIPA] 4/15 | A | Interest | K | T | | | | | |
| 38. Brk Act#4 NYC Trans Fin 4/15 | B | Interest | L | T | | | | | |
| 39. Brk Act #4 NYS Dorm Pres 4.2/15 [14] | B | Interest | K | T | | | | | |
| 40. Brk Act #4 NYC Ser C 5.25/15 [14] | A | Interest | K | T | | | | | |
| 41. Brk Act #4 NYC Health & Hosp 4.55/16 [12] | C | Interest | L | T | | | | | |
| 42. Brk Act #4 NYC G/O Ser H 5.25/16 [11] | A | Interest | | | Redeemed | 3/15/11 | L | A | |
| 43. Brk Act #4 NYS Dorm Au St Johns U 5/16 | A | Interest | K | T | | | | | |
| 44. Brk Act #4 NY NY Ser J 5.25/16 | B | Interest | L | T | | | | | |
| 45. Brk Act #4 NYS Env Fac Corp St Clean Wtr 5/17 | B | Interest | K | T | | | | | |
| 46. Brk Act #4 Ventor City NJ Ser C 4/17 | A | Interest | K | T | Buy | 11/16/11 | K | | |
| 47. Brk Act #4 NYC Ser G G/O 5/17 | B | Interest | L | T | | | | | |
| 48. Brk Act #4 NYC GO Ser O 5/17 [15] | B | Interest | L | T | | | | | |
| 49. Brk Act #4 NYS Thru H & B 5/18[15] | B | Interest | L | T | | | | | |
| 50. Brk Act #4 NYC GO Ser A1 5/18[17] | C | Interest | M | T | | | | | |
| 51. Brk Act #4 NY NY RFDG Ser 1 5/18 [14] | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 NYC TFA FUT TAX FGIC SECD Ser E 5.25/18 [13] | C | Interest | L | T | | | | | |
| 53. Brk Act #4 New York NY City HSG Dev Corp MultiFam 5.35/18 | C | Interest | L | T | | | | | |
| 54. Brk Act #4 LIPA NY Elec Sys Ser E 5/18 | B | Interest | L | T | | | | | |
| 55. Brk Act #4 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | L | T | | | | | |
| 56. Brk Act #4 NJ Econ Dev Ser O 5/19 | C | Interest | L | T | Buy | 1/3/11 | L | | |
| 57. Brk Act #4 PR Muni Ser C 5.25/19 | C | Interest | L | T | | | | | |
| 58. Brk Act #4 Buffalo Ser C 5/19 [12] | B | Interest | L | T | | | | | |
| 59. Brk Act #4 MTA Ser A 5.5/19[12] | D | Interest | M | T | | | | | |
| 60. Brk Act #4 NYC TFA Ser A1 5/19 | B | Interest | L | T | | | | | |
| 61. Brk Act #4 PR Sales Tax 4.625/19 | C | Interest | M | T | | | | | |
| 62. Brk Act #4 NJ Trans 5/19 [15](Part VIII) | C | Interest | M | T | | | | | |
| 63. Brk Act #4 NYS Env FACS Corp St Clean WTR & Drinking 5.25/20 | D | Interest | M | T | | | | | |
| 64. Brk Act #4 Metro T SPTN Au NY TSPN REV SER A A5/20 | B | Interest | L | T | | | | | |
| 65. Brk Act #4 NYC GO Ser A 5/20[16] | C | Interest | M | T | | | | | |
| 66. Brk Act#4 LIPA Ser E 5/20 [16] | B | Interest | L | T | | | | | |
| 67. Brk Act #4 NJ High Ed 4.5/21 | B | Interest | L | T | | | | | |
| 68. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #4 NYC Trans F/A Rev [13] 5.25/21 | B | Interest | K | T | | | | | |
| 70. Brk Act #4 NYS Pers Inc Tax 5/21[16] | B | Interest | L | T | | | | | |
| 71. Brk Act #4 New York NY Ser A CIFG TCRS 5/21 | C | Interest | L | T | | | | | |
| 72. Brk Act #4 Metro Tras Au NY Rev RFDG Ser A 5.125/21 | C | Interest | L | T | | | | | |
| 73. Brk Act #4 NJ Econ DVA Rev Sch Fac 4.5/22 | B | Interest | K | T | Buy | 6/22/11 | K | | |
| 74. Brk Act #4 New York City G/O Ser A 5/22 | B | Interest | L | T | | | | | |
| 75. Brk Act #4 Monroe Cnty IDA 5/22 | B | Interest | K | T | | | | | |
| 76. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | Buy | 7/8/11 | K | | |
| 77. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 78. Brk Act #4 NJ Economic Dev Au Sch Constr Ser O 5.25/23 | C | Interest | L | T | | | | | |
| 79. Brk Act #4 PR Elec Pwr Rev RFDG Ser PP 5/23 | B | Interest | L | T | | | | | |
| 80. Brk Act #4 NY Gen Oblig BDS E 6/23 | C | Interest | L | T | | | | | |
| 81. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | B | Interest | L | T | | | | | |
| 82. Brk Act #4 NJ Econ Dev 5.25/24 [15] (Part VIII) | B | Interest | K | T | | | | | |
| 83. Brk Act #4 NJ State Trans 5/24 | B | Int./Div. | K | T | | | | | |
| 84. Brk Act #4 New York St Dorm Au Revs Hosp FHA Insd A 6.45/24 | C | Interest | L | T | | | | | |
| 85. Brk Act #4 Triborough B & T AU 5/24 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Brk Act #4 PR Elec 4.625/25 | A | Interest | K | T | | | | | |
| 87. Brk Act #4 NYS Thwy Au 2d HWY & BDG 5/25 | C | Interest | L | T | | | | | |
| 88. Brk Act #4 NYC MWA Wtr & Swr Rev Ser C 5/25 | C | Interest | M | T | | | | | |
| 89. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 90. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | A | Dividend | K | T | | | | | |
| 91. Brk Act #4 XLF | A | Dividend | K | T | | | | | |
| 92. Brk Act #4 MTA FRDG Ser A 4.3/13 | B | Interest | L | T | | | | | |
| 93. Brk Act #4 NYS Dorm Columbia U. 5.25/13 | B | Interest | K | T | | | | | |
| 94. Brk Act #4 New York City G/O Ser E 5/14 | B | Interest | L | T | | | | | |
| 95. Brk Act #4 New Rochelle NY School 5.25/14 [11] | B | Interest | | | Redeemed | 12/15/11 | K | A | |
| 96. Brk Act #4 Hudson Falls NY Cent Sch 4.625/16 [11] | A | Interest | | | Redeemed | 6/15/11 | K | A | |
| 97. Brk Act #4 New York G/O BD B/E Ser J 4/16 | C | Interest | M | T | | | | | |
| 98. Brk Act #4 NYC G/O Ser E 5/16 | B | Interest | L | T | | | | | |
| 99. Brk Act #4 NYC G/O Ser B 5.25/18 | C | Interest | L | T | | | | | |
| 100. Brk Act #4 New York NY RFDG Ser H 5/16 | B | Interest | L | T | | | | | |
| 101. Brk Act #4 Port Auth 125th Ser 5/18 | B | Interest | K | T | | | | | |
| 102. Brk Act # 4 MTA 4.5/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #4 NYS Dorm Au Rev Kaleida Hlth 4.25/18 | B | Interest | L | T | | | | | |
| 104. Brk Act #4 New York City G/O Ser A Subser A-1 5/19 | C | Interest | M | T | | | | | |
| 105. Brk Act #4 NYS Twy Rev A 5/20[15] | B | Interest | L | T | | | | | |
| 106. Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | L | T | | | | | |
| 107. Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 108. Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 109. Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 110. Brk Act #4 Citigroup | A | Dividend | | | Sold | 10/5/11 | J | A | |
| 111. Brk Act #4 GE | A | Dividend | | | Sold | 10/5/11 | J | A | |
| 112. Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 113. Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 114. Brk Act #4 KSS | | None | J | T | | | | | |
| 115. Brk Act #4 MDT | A | Dividend | J | T | | | | | |
| 116. Brk Act #4 MSFT | A | Dividend | J | T | | | | | |
| 117. Brk Act #4 PWC | A | Dividend | | | Sold | 12/20/11 | K | A | |
| 118. Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 119. Brk Act #4 WAG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brk Act #4 WFC | A | Dividend | | | Sold | 10/7/11 | J | A | |
| 121. Brk Act #7 Citibank NA Bank Dep Program | A | Interest | K | T | | | | | |
| 122. Brk Act # 7 PWC | A | Dividend | J | T | | | | | |
| 123. Brk Act #7 RIT | A | Dividend | J | T | | | | | |
| 124. Brk Act #7 NYS Dev Corp Inc Tx 6.5/18 | C | Interest | L | T | | | | | |
| 125. Brk Act #9 SB (Western Asset)MUNI NY MNY MKT PORT CL A | A | Interest | M | T | | | | | |
| 126. Brk Act #9 EEM | A | Dividend | K | T | | | | | |
| 127. Brk Act #9 PWC | A | Dividend | | | Sold | 01/14/11 | M | A | |
| 128. Brk Act #9 PZI | A | Dividend | J | T | | | | | |
| 129. Brk Act #9 MFS Intl New Disc Fund C [MIDCX} | A | Dividend | K | T | | | | | |
| 130. Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | L | T | | | | | |
| 131. Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | K | T | | | | | |
| 132. Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 133. Brk Act #9 XLF | A | Dividend | J | T | | | | | |
| 134. Brk Act #9 LIPA NY PWR 5.67/15 | A | Interest | K | T | Buy | 01/19/11 | K | | |
| 135. Brk #9 SPY | B | Dividend | L | T | Buy | 01/14/11 | L | | |
| 136. Brk Act #9 VGI | A | Dividend | K | T | Buy | 01/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brk Act #12[ PHX Oakhurst Strat Alloc FD A]VRTS Balance Fd A | A | Dividend | J | T | | | | | |
| 138. Brk Act #12 PHX Oakhurst Inc&Growth FD A] VRTS Tactical Fd A | A | Dividend | J | T | | | | | |
| 139. Brk Act #13 Fidelity Equity Inc[FEQIX] | F | Dividend | O | T | | | | | |
| 140. Brk Act #13 Fidelity Inter Bond [FTHRX] | E | Interest | N | T | | | | | |
| 141. Brk Act #13 Fidelity Capital Apprec [FDCAX] | C | Dividend | J | T | | | | | |
| 142. Brk Act #13 Fidelity Retire Mmkt[Cash Reserves] [FCRXX] | D | Interest | J | T | | | | | |
| 143. Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 144. Brk Act #!5 Fidelity Smart Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 6/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PartVII: INVESTMENTS AND TRUSTS

Page 7, line 62 of 2011 FDR. Brk Act #4 NJ Transit 5/19[15]. This was inadvertenly omitted from the 2010 FDR. It was a buy on 12/14/10 at Value Code M.

Page 8, line 83 of 2011 FDR. Brk Act #4 NJ Eco Dev 5.25/24[15]. This was inadvertenly omitted from the 2010 FDR. It was a buy on 11/3/10 at Value Code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544